**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kevin Peterson and Leslie Petersen,   Civil No. 09-1101 (RHK/JJG)

    Plaintiffs,   **ORDER**

vs.

Leading Edge Recovery Solutions, LLC.,

    Defendant.

---

Pursuant to the parties' Stipulation (Doc. No. 12), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 27, 2009

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge